# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**GREGORY M. TROTMAN III,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1271

[August 5, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Daliah H. Weiss, Judge; L.T. Case Nos. 50-2014-CF-010561-BXXX-MB and 50-2014-CF-010562-BXXX-MB.

Gregory M. Trotman, III, Raiford, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***